**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:
MICHAEL A BAKER
DAWN C BAKER
Debtor(s)

Case No. 09-13057

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2009.

2) The plan was confirmed on 07/01/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/05/2010.

5) The case was dismissed on 02/19/2010.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,303.02 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,303.02**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $855.88 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $122.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$978.64**

Attorney fees paid and disclosed by debtor: $226.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLERGY & ASTHMA CLINIC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ALLIED ALPHA ASSISTANTS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Secured | 200.00 | 200.00 | 200.00 | 118.71 | 1.63 |
| AMERICASH LOANS | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,300.00 | 1,303.62 | 1,303.62 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Unsecured | NA | 189.92 | 189.92 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Secured | 200.00 | 200.00 | 200.00 | 118.71 | 1.63 |
| ASSOC ANESTHESIOLOGISTS JOLIET | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOLOGISTS OF JOLIET | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ASSOC RADIOLOGISTS OF JOLIET | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| AT&T BUNDLED W/OUT LOCAL | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 800.00 | 735.43 | 735.43 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 800.00 | 705.91 | 705.91 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 60.00 | 61.62 | 61.62 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 850.00 | 702.11 | 702.11 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 400.00 | 801.58 | 801.58 | 0.00 | 0.00 |
| EPIC GROUP | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ESOTERIX LABORATORY SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Secured | 18,348.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRUNDY RADIOLOGISTS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| HAVERIC MEDICAL LTD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| HEALTHSOUTH | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 5,100.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 3,500.00 | 3,198.00 | 3,198.00 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INSTITUTE FOR PERSONAL DEVELOP | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| KIDDER MUSIC SERVICE INC | Unsecured | 770.00 | 607.97 | 607.97 | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,390.00 | 1,683.81 | 1,683.81 | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 1,220.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE FINANCE INC | Secured | 2,637.00 | 2,637.00 | 2,637.00 | 1,052.48 | 31.22 |
| SBC AMERITECH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SHAPE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,380.00 | 587.50 | 587.50 | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 1,880.00 | NA | NA | 0.00 | 0.00 |
| TINLEY WOODS ANESTHSIA SERVICE | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| TRACE AMBULANCE | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY MEDICAL ASSOCIATE | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,037.00 | $1,289.90 | $34.48 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,037.00** | **$1,289.90** | **$34.48** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$10,677.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $978.64 | |
| Disbursements to Creditors | $1,324.38 | |
| **TOTAL DISBURSEMENTS** : | | **$2,303.02** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/22/2010 By: /s/ Glenn Stearns

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.